UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| JOANNE BOOTH,<br><br>          Plaintiff,<br>v.<br><br>COMENITY BANK,<br><br>          Defendant. | Case No.: **3:20-cv-00022-PDW-ARS**<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff JoAnne Booth and Defendant Comenity Bank have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal with Prejudice within the next sixty (60) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter as to Defendant Comenity Bank. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 26th day of March 2020.

          By: */s/ JD Haas*
          JD Haas
          **JD HAAS & ASSOCIATES, PLLC**
          1120 East 80th Street, Suite 200
          Bloomington, MN 55420
          (952) 345-1025
          jdhaas@jdhaas.com
          *Attorneys for Plaintiff,*
          *JoAnne Booth*

-2/2-

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Josefina Garcia*