UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| JOANNE BOOTH,<br><br>                    Plaintiff,<br>v.<br><br>COMENITY BANK,<br><br>                    Defendant. | Case No.: **3:20-cv-00022-PDW-ARS**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff JoAnne Booth and Defendant Comenity Bank, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed, with prejudice. The parties have further stipulated that each party shall bear their own attorneys' fees, costs, and expense.

Dated: April 2, 2020.                                    Respectfully submitted,

**JD HAAS & ASSOCIATES, PLLC**           **BURR & FORMAN LLP**

*/s/ JD Haas*                                                    */s/ Zachary D. Miller*
JD Haas, Esq.                                               Zachary D. Miller, Esq. (TN # 32674)
1120 East 80th Street, Suite 200                222 Second Avenue South, Suite 2000
Bloomington, MN 55420                          Nashville, TN 37201
T: (952) 345-1025                                       T: (615) 724-3256
E: jdhaas@jdhaas.com                              F: (615) 724-3356
*Attorneys for Plaintiff,*                              E: zmiller@burr.com
*JoAnne Booth*                                          E: agosnell@burr.com
                                                                      E: sfoshee@burr.com

                                                                      *Attorneys for Defendant*

*Comenity Bank*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on April 2, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent by operation of the Court's Electronic Filing System to all counsel of record.

<u>/s/ Josefina Garcia</u>

43267849 v1