**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| JoAnne Booth, | ) |
| Plaintiff, | ) ) ) **ORDER OF DISMISSAL** |
| vs. | ) ) Case No. 3:20-cv-00022 |
| Comenity Bank, | ) ) |
| Defendant. | ) |

The parties filed a stipulation of dismissal on April 2, 2020.  Doc. No. 10.  The Court **ADOPTS** the stipulation in its entirety (Doc. No. 10) and **ORDERS** the action dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without attorney's fees, costs, or disbursements to any party.

**IT IS SO ORDERED**.

Dated this 3rd day of April, 2020.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court